IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

AVISUS SEDALE DAVIS,

       Appellant,

v.

                                     Case No.  5D22-858
                                     LT Case No. 2017-CF-2047

STATE OF FLORIDA,

       Appellee.

_____/

Opinion filed October 3, 2022

3.850 Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Avisus Sedale Davis, Carrabelle,
pro se.

No Appearance for Appellee.


PER CURIAM.

      This Court previously affirmed the trial court's order denying Appellant's

motion for postconviction relief in Marion County Circuit Court Case Number

2017-CF-2047.  Because it appears that Appellant's postconviction filings are

abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any

further similarly inappropriate pro se filings in this Court asserting claims stemming from Marion County Circuit Court Case Number 2017-CF-2047 may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.